UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVON EVANS,

    Plaintiff,

v.

ED BRADY, *et. al.,*

    Defendants.

Case No. C06-5428FDB

ORDER OF DISMISSAL

By order entered November 17, 2006, the Court adopted the Magistrate Judge's Report and Recommendation, pursuant to which order, Plaintiff was to have paid the filing fee to the Clerk of the Court no later than December 16, 2006 or the action would be dismissed. Plaintiff has failed to paid the required filing fee. ACCORDINGLY,

IT IS ORDERED: This cause of action is DISMISSED for failure to pay the filing fee.

DATED this 20th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1